Dismissed and Memorandum Opinion filed April 29, 2004









Dismissed and Memorandum Opinion filed April 29, 2004.

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-04-00231-CR

____________

 

RODOLFO
CISNEROS JR., Appellant

 

V.

 

THE STATE OF TEXAS, Appellee

 



 

On Appeal from the
185th District Court

Harris County,
Texas

Trial Court Cause No. 956,106

 



 

M E M O R A N D U M   O P I N I O N

Appellant entered a guilty plea to delivery of cocaine.  In accordance with the terms of a plea
bargain agreement with the State, on February 17, 2004, the trial court
sentenced appellant to confinement for fifteen years in the Institutional
Division of the Texas Department of Criminal Justice and assessed a $1000
fine.  Appellant filed a pro se notice of
appeal.  Because appellant has no right
to appeal, we dismiss.  








The trial court entered a certification of the defendant=s right to appeal in which the court
certified that this is a plea bargain case, and the defendant has no right of
appeal.  See Tex. R. App. P. 25.2(a)(2).  The trial court=s certification is included in the
record on appeal.  See Tex. R. App. P. 25.2(d).

Accordingly, we dismiss the appeal.  

 

 

PER CURIAM

 

Judgment rendered and Memorandum
Opinion filed April 29, 2004.

Panel consists of Justices Yates,
Anderson and Hudson.

Do Not Publish C Tex. R. App.
P. 47.2(b).